**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Beth Mueller
To Call Writer Directly:
+1 202 389 5958
beth.mueller@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

March 22, 2019

**Via ECF Filing and Fax**

The Honorable Alvin K. Hellerstein
United States District Court
For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Jet Capital Master Fund, L.P. v. American Realty Capital Properties, Inc.*
          No. 1:15-cv-00307-AKH

Dear Judge Hellerstein:

      I write on behalf of Defendant David S. Kay in response to Jet Capital's Notice of Motion for Leave to File Under Seal the Jet Capital Funds' Omnibus Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment and Supporting Documents (Dkt. 202). As set forth in the Motion, Jet Capital redacted the entirety of its Omnibus Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment (Dkt. 203) and portions of its Omnibus Response to Defendants' Rule 56.1 Statements of Undisputed Material Facts and Statement of Additional Undisputed Material Facts (Dkt. 204) as well as several of the exhibits to the Rolnick Declaration (Dkt. 205). Jet Capital noted that it "take[s] no position with respect to whether sealing is appropriate." (Dkt. 202).

      Kay has reviewed Jet Capital's voluminous redacted materials, and consents to unsealing any documents or document excerpts for which Kay holds the confidentiality and placing them in unredacted form on the public docket.

                                          /s/ *Beth Mueller*

                                          Beth Mueller