UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | Civil Action No.: 1:15-mc-00040-AKH <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br>     ALL ACTIONS | **ORAL ARGUMENT REQUESTED** |
| JET CAPITAL MASTER FUND, L.P., et al., <br><br>     Plaintiffs, <br><br> vs. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., et al., <br><br>     Defendants. | Civil Action No. 1:15-cv-00307-AKH |

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS OFFERED BY PLAINTIFFS' PROFFERED EXPERT STEVEN P. FEINSTEIN**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of David Marcou with supporting exhibits, undersigned Defendants ("<u>Defendants</u>") in the above-captioned actions, by their undersigned attorneys, hereby move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Evidence 401, 402, 403, 702 and 703, and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), to exclude the opinions offered by Plaintiffs' proffered expert Dr. Steven P. Feinstein on the topics of loss causation, damages, and market efficiency.

- 2 -

Dated:   August 5, 2019
         New York, New York

                                       **MILBANK LLP**

                                       By:   /s/ *Scott A. Edelman*
                                              Scott A. Edelman
                                              Antonia M. Apps
                                              Jed M. Schwartz
                                              Jonathan Ohring
                                              55 Hudson Yards
                                              New York, New York 10001
                                              Telephone:  (212) 530-5000

                                              Jerry L. Marks
                                              2029 Century Park East, 33rd Floor
                                              Los Angeles, CA 90067-3019
                                              Telephone: (424) 386-4000

                                        *Attorneys for Defendants American Realty Capital Properties, Inc. (n/k/a VEREIT, Inc.) and ARC Properties Operating Partnership, L.P. (n/k/a VEREIT Operating Partnership, L.P.)*

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
|---|---|
| By:   /s/ *Theodore V. Wells Jr.* | By:   /s/ *Reid M. Figel* |
|     Theodore V. Wells Jr. |     Reid M. Figel |
|     Daniel J. Kramer |     Rebecca A. Beynon |
|     Lorin L. Reisner |     Andrew E. Goldsmith |
|     Audra J. Soloway |     Bradley E. Oppenheimer |
|     Christopher L. Filburn |     1615 M Street N.W., Suite 400 |
|     1285 Avenue of the Americas |     Washington, D.C. 20036 |
|     New York, NY 10019-6064 |     Telephone:  (202) 326-7900 |
|     Telephone:  (212) 373-3000 | |
| *Attorneys for Defendant Nicholas S. Schorsch* | *Attorneys for Defendants AR Capital LLC, ARC Properties Advisors LLC, Scott J. Bowman, Peter M. Budko, Brian D. Jones, William K. Kahane, and Edward M. Weil* |

- 3 -

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **MORRIS, MANNING & MARTIN LLP** |
| By:  /s/ *James P. Gillespie*<br>    James P. Gillespie<br>    Beth Mueller<br>    1301 Pennsylvania Avenue, NW<br>    Washington, D.C. 20004<br>    Telephone: (202) 389-5000 | By:  /s/ *John P. MacNaughton*<br>    John P. MacNaughton<br>    Eric A. Larson<br>    1600 Atlanta Financial Center<br>    343 Peachtree Road, N.E.<br>    Atlanta, GA 30326<br>    Telephone: (404) 233-7000 |
| *Attorneys for Defendant David Kay* | *Attorneys for Defendant Scott P. Sealy, Sr.* |
| **PETRILLO KLEIN & BOXER LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| By:  /s/ *Guy Petrillo*<br>    Guy Petrillo<br>    Dan Goldman<br>    655 Third Avenue, 22nd Floor<br>    New York, NY 10017<br>    Telephone: (212) 370-0330 | By:  /s/ *Richard W. Slack*<br>    Richard W. Slack<br>    Christopher L. Garcia<br>    Evert. J. Christensen, Jr.<br>    Adam J. Bookman<br>    Aaron J. Curtis<br>    767 Fifth Avenue<br>    New York, NY 10153<br>    Telephone: (212) 310-8000 |
| *Attorneys for Defendant Lisa Beeson* | *Attorneys for Defendants Thomas A. Andruskevich, Leslie D. Michelson, Edward G. Rendell, and William G. Stanley* |

**SHEARMAN & STERLING LLP**

By:  /s/ *Adam S. Hakki*
    Adam S. Hakki
    Daniel Lewis
    Grace J. Lee
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 848-4000

*Attorneys for Underwriter Defendants*