# Milbank

**SCOTT A. EDELMAN**
*Partner and Chairman*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5149
SEdelman@milbank.com | milbank.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/19
```

*So ordered — All court dates are cancelled.*
*9-12-19*
*Al K Hellerstein*

September 10, 2019

**VIA ECF AND HAND DELIVERY**

The Hon. Alvin K. Hellerstein
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *In re American Realty Capital Properties, Inc. Litig.*, No. 1:15-mc-00040-AKH (the "Class Action"); *Jet Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al*, No. 1:15-cv-00307-AKH (the "Jet Capital Action"); *Witchko v. Schorsch, et al.*, No. 1:15-cv-06043-AKH (the "Derivative Action")

Dear Judge Hellerstein:

We write to advise the Court that the parties in the Class Action and the Derivative Action have entered into binding agreements to settle the actions. In addition, the parties in the Jet Capital Action (the only remaining individual securities action pending before the Court) have settled that action. These settlements were publicly announced by VEREIT, Inc. (f/k/a American Realty Capital Properties, Inc.) yesterday afternoon. If the settlements in the Class Action and the Derivative Action are approved by the Court, these settlements would resolve all outstanding cases relating to VEREIT, Inc. that are pending before the Court.

The parties are currently preparing the relevant documentation to submit to the Court for preliminary approval of the Class Action and Derivative Action settlements. The parties request that the Court schedule a hearing on the motions for preliminary approval on October 3, 2019 at 2:30pm.

In light of the proposed settlements, the parties jointly request that the Court enter a stay of these actions and vacate the upcoming pretrial deadlines and the hearings scheduled to commence on September 16, 2019.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Hon. Alvin K. Hellerstein
September 10, 2019

Page 2

Respectfully submitted,

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **MILBANK LLP** |
| By: /s/ Debra J. Wyman | By: /s/ Scott A. Edelman |
| Darren J. Robbins | Scott A. Edelman |
| Michael J. Dowd | Antonia M. Apps |
| Debra J. Wyman | Jed M. Schwartz |
| Jessica T. Shinnefield | Jonathan Ohring |
| 655 West Broadway, Suite 1900 | 55 Hudson Yards |
| San Diego, CA 92101-8498 | New York, New York 10001 |
| Telephone: 619-231-1058 | Telephone: 212-530-5000 |
| | |
| Samuel H. Rudman | Jerry L. Marks |
| Robert M. Rothman | 2029 Century Park East |
| 58 South Service Road, Suite 200 | 33rd Floor |
| Melville, NY 11747 | Los Angeles, CA US 90067-30,19 |
| Telephone: 631-367-7100 | |
| | |
| *Lead Counsel for Lead Plaintiff and the Class* | *Attorneys for Defendants American Realty Capital Properties, Inc. and ARC Properties Operating Partnership, L.P.* |

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Matthew M. Houston
    Robert I. Harwood
    Matthew M. Houston
    Benjamin I. Sachs-Michaels
    712 Fifth Avenue, 31st Floor
    New York, New York 10019
    Telephone: 212-935-7400

*Counsel for Derivative Plaintiffs*

cc:    All counsel (*via ECF*)