UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JET CAPITAL MASTER FUND, L.P., J. GOLDMAN MASTER FUND, L.P., LUMX JET FUND LIMITED, and WALLEYE TRADING, LLC,<br><br>                          Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK, and LISA P. MCALISTER,<br><br>                          Defendants. | Civil Action No.: 1:15-cv-00307-AKH<br><br>ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/19

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Motion for Dismissal with Prejudice Pursuant to Rule 41(a)(2) (the "Motion") filed in the above-captioned action on September 13, 2019, by the Plaintiffs in that action and Defendant American Realty Capital Properties, Inc., n/k/a VEREIT, Inc., and for good cause appearing;

**IT IS ORDERED** that the Motion is **GRANTED**. All claims filed by Plaintiffs against all defendants in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

The Clerk of Court is directed to terminate all Motions in this case and **CLOSE** this case.

SO ORDERED.

Dated:   September 18, 2019
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge