UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JET CAPITAL MASTER FUND, L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 1:15-cv-00307-AKH |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, Christopher L. Filburn hereby withdraws as counsel for Nicholas S. Schorsch and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. I am a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Mr. Schorsch in this proceeding.

Dated: New York, New York
July 30, 2021

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Audra J. Soloway
Audra J. Soloway
1285 Avenue of the Americas
New York, New York 10019
212-373-3289
asoloway@paulweiss.com

SO ORDERED: /s/ A. K. Hellerstein

8/3/2021

Questions and answers

iPhone app for pros
Android app for pros

Do Not Sell My Info

© 2021 Thumbtack, Inc.

Thumbtack Guarantee